UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Cody Wenzel</u>

    v.                                  Civil No. 11-cv-327-JL

<u>Great Lakes Hydro America, LLC</u>

    v.

<u>Daniels Landscaping, LLC</u>

**SUMMARY ORDER**

Plaintiff's motions (document nos. 30 & 31) are stricken for failure to comply with this court's December 2, 2011 order (document no. 23) setting forth its discovery dispute resolution procedure.  Defendant's counsel are cautioned, however, that if the stricken motions accurately describe their conduct, counsel would be well advised to resolve their discovery dispute prior to this court's involvement.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 23, 2012

cc:  Christopher E. Grant, Esq.
     Gregory A. Moffett, Esq.
     Michael Brendan Doherty, Esq.
     Dona Feeney, Esq.
     Jack P. Crisp, Jr., Esq.