UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Cody Wenzel</u>

    v.                      Civil No. 11-cv-327-JL

<u>Great Lakes Hydro America, LLC</u>

## O R D E R

The court has undertaken active consideration of Great Lakes Hydro America's motion to dismiss amended complaint (document no. 25). It is the court's practice to hear oral argument on all dispositive motions, but if NEITHER party desires oral argument, counsel are asked to so notify the Deputy Clerk as soon as practicable and the court will issue an order based on the filings. If the Deputy Clerk is not so informed by March 7, 2012, a hearing will be scheduled. Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

      **SO ORDERED.**

                                      _____
                                Joseph N. Laplante
                                United States District Judge

Dated:  February 29, 2012

cc:  Christopher E. Grant, Esq.
     Gregory A. Moffett, Esq.
     Michael Brendan Doherty, Esq.
     Dona Feeney, Esq.
     Jack P. Crisp, Jr., Esq.