UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CODY WENZEL<br>Plaintiff | ) No. 1:11-cv-00327<br>)<br>) |
| V. | )<br>) |
| GREAT LAKES HYDRO AMERICA, LLC<br>Defendant/Third-Party Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DANIELS LANDSCAPING<br>Third-Party Defendant | )<br>) |

## PROPOSED ORDER

Upon review of plaintiff's Assented to Motion for Approval of Third Party Settlement, the Court hereby Grants said Motion and Orders distribution of the settlement proceeds as follows:

1. Approval of the settlement of the personal injury case and the workers' compensation lien claim is Granted;

2. Authority to distribute the settlement proceeds is Granted as follows:

   A. $153,688.81 to Cody Wenzel.

   B. $96,311.19 to Boynton Waldron Doleac Woodman & Scott, P.A.

   C. $25,000.00 to NGM workers' compensation carrier on workers' compensation lien settlement.

SO ORDERED.

Dated: July 11, 2012

_____
Joseph N. Laplante
United States District Judge